1114

No. 95–862. FRICKER v. NEW YORK CITY OFF TRACK BETTING CORPORATION ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 95–869. CHUMS, LTD. v. SNUGZ/USA, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–872. TRAYWICK v. MEDICAL UNIVERSITY OF SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–873. THOMAS v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–883. WEST OF ENGLAND SHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSN. (LUXEMBOURG) v. MOREWITZ, AS ADMINISTRATOR OF THE ESTATES OF PASSALIS ET AL., DECEASED. C. A. 11th Cir. Certiorari denied.

No. 95–885. MINOR v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–888. KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM v. ESTATE OF MORGAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–889. KUHNS v. MERIDIAN BANCORP, INC., SUCCESSOR TO THE FIRST NATIONAL BANK OF ALLENTOWN. C. A. 3d Cir. Certiorari denied.

No. 95–890. UNITED STATES EX REL. HINDO v. UNIVERSITY OF HEALTH SCIENCES/CHICAGO MEDICAL SCHOOL ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–893. SCHNABOLK ET AL. v. SECURITRON MAGNALOCK CORP. C. A. 2d Cir. Certiorari denied.

No. 95–895. MILLER v. DEMUTH. Super. Ct. Pa. Certiorari denied.

No. 95–898. SENTER v. HUGHES AIRCRAFT CO. ET AL. C. A. 9th Cir. Certiorari denied.